UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  4:06CR00366-03 GTE |
| | ) | |
| SARAH SADIYA SUBEDAR | ) | |

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Eastern District of Arkansas hereby dismisses the indictment against Sarah Sadiya Subedar charging conspiracy to commit access device fraud and aiding and abetting access device fraud.

WHEREFORE, the United States respectfully requests leave of Court for dismissal of the Indictment in the above-styled case.

JANE W. DUKE
United States Attorney

By: _____
JANA HARRIS
Assistant U. S. Attorney
PO Box 1229
Little Rock, AR 72203
(501) 340-2600

Leave of Court is granted for the filing of the foregoing dismissal.

_January 28, 2008_____        _____
Date                             G. THOMAS EISELE
                                 United States District Court Judge